IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-037-RJC-DCK

| | |
|---|---|
| JUANITA WILLIAMS, ) ) Plaintiff, ) ) v. ) ) QUANTUM 3 MEDIA, LLC, ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by Karl S. Gwaltney, concerning Anthony Paronich, on January 20, 2023. Anthony Paronich seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. Anthony Paronich is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: January 20, 2023

David C. Keesler
United States Magistrate Judge