# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CASE NO. 3:23-CV-037-RJC-DCK

| | |
|---|---|
| **JUANITA WILLIAMS,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **QUANTUM 3 MEDIA, LLC,** | ) |
| **Defendant**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Thomas G. Hooper, concerning Whitney M. Smith, on March 21, 2023. Whitney M. Smith seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Whitney M. Smith is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: March 21, 2023

David C. Keesler
United States Magistrate Judge