IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **JUANITA WILLIAMS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br><br>**QUANTUM 3 MEDIA, LLC**<br><br>*Defendant.* | Case No. 3:23-cv-37 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2024.

        PARONICH LAW P.C.

        By: */s/ Anthony I. Paronich*
            Anthony I. Paronich
            Email: anthony@paronichlaw.com
            350 Lincoln Street, Suite 2400
            Hingham, Massachusetts 02043
            Telephone: (617) 485-0018
            Facsimile: (508) 318-8100

        *Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 14, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification to all attorneys of record.

          */s/ Anthony I. Paronich*
          Anthony I. Paronich